

FILED

AUG 24 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-107 SAB |
| Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| v. | |
| JAMES HINKLE, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on August 19, 2016 be unsealed and become public record.

DATED: August 24, 2016

Honorable STANELY A. BOONE
U.S. MAGISTRATE JUDGE

TYPE PLEADING NAME

2